FERGUSON CONTRACTING COMPANY, Appellant, *v.* THE HELDERBERG CEMENT COMPANY, Respondent.

*Ferguson Contracting Co.* v. *Helderberg Cement Co.,* 139 App. Div. 901, affirmed.
(Argued June 9, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on contract.

*Brainard Tolles* and *Julien T. Davies* for appellant.

*Murray Downs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.